AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF  NEVADA

RENE LOPEZ,

      Plaintiff,  JUDGMENT IN A CIVIL CASE
V.

                                CASE NUMBER: **3:09-CV-00104-LRH-VPC**

GOLDCORP USA INC., and MARIGOLD
MINING COMPANY,

      Defendants.

___     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___     **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_     **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that Defendants' Motion for Summary Judgment (#32) is **GRANTED.**

  August 16, 2010                                   **LANCE S. WILSON**
                                                                         Clerk

                                                                          /s/ D. R. Morgan
                                                                          Deputy Clerk